| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Faris, Robert J. | 2. Court or Organization<br><br>Bankruptcy Court, D. Hawaii | 3. Date of Report<br><br>05/01/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1132 Bishop St. Suite 250
Honolulu
HI
96813

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | William S. Richardson School of Law, Univ. of Hawaii at Manoa - salary for teaching law school course | $5,566.68 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | ▒▒▒▒▒▒▒. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Hawaii Bankrutpcy Bar Association | 5/5/16 | Hilo HI | Credit Abuse Resistance Education at Honokaa H.S. | Reimbursement for airfare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faris, Robert J. | 05/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Hawaii accounts | A | Interest | M | T | | | | | |
| 2. ▓▓▓▓▓▓▓., stock | | None | J | W | | | | | |
| 3. IRA account #1 (H) | | | | | | | | | |
| 4. -- Goldman Sachs Bank CD due 9/29/23 | A | Interest | K | T | | | | | |
| 5. -- Schwab money market fund | A | Int./Div. | J | T | Buy (add'l) | 01/06/16 | J | | |
| 6. -- Vanguard Index Trust S&P 500 | D | Int./Div. | N | T | | | | | |
| 7. IRA account #2 (H) | | | | | | | | | |
| 8. -- Goldman Sachs Bank CD due 9/29/93 | A | Interest | K | T | | | | | |
| 9. -- Schwab money market fund | A | Int./Div. | K | T | Buy (add'l) | 01/06/16 | J | | |
| 10. --Vanguard Index Trust S&P 500 | C | Int./Div. | M | T | | | | | |
| 11. Trust #1 (H) | | | | | | | | | |
| 12. -- Bank of Hawaii account | A | Interest | J | T | | | | | |
| 13. Trust #2 (H) | | | | | | | | | |
| 14. -- Schwab money market fund | A | Int./Div. | K | T | Buy (add'l) | 01/06/16 | J | | |
| 15. -- Vanguard Index Trust S&P 500 | B | Int./Div. | M | T | | | | | |
| 16. Trust #3 (H) | | | | | | | | | |
| 17. -- Schwab money market fund | A | Int./Div. | J | T | Buy (add'l) | 01/06/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faris, Robert J. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/26/16 | K | A | |
| 19. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 20. | | | | | Sold (part) | 12/09/16 | K | A | |
| 21. -- Glenmeade Small Cap Eqty | A | Int./Div. | J | T | | | | | |
| 22. -- Harbor Intl Fund | A | Int./Div. | J | T | | | | | |
| 23. -- PIMCO Total Return PTTDX | B | Int./Div. | K | T | Sold (part) | 12/06/16 | K | A | |
| 24. -- Schwab Intl Index Fund | A | Int./Div. | K | T | | | | | |
| 25. -- Schwab Small Cap Income Fund | A | Int./Div. | J | T | | | | | |
| 26. -- Vanguard Index Trust S&P 500 | C | Int./Div. | M | T | | | | | |
| 27. -- Ally Bank CD due 5/11/16 | A | Interest | | | Matured | 05/11/16 | K | A | |
| 28. -- Ally Bank CD due 05/29/18 | A | Interest | K | T | | | | | |
| 29. -- American Express Centurion Bank CD due 6/26/17 | A | Interest | K | T | | | | | |
| 30. -- Discover Bank CD due 01/19/16 | A | Interest | | | Matured | 01/19/16 | J | A | |
| 31. -- Discover Bank CD due 01/30/17 | A | Interest | K | T | | | | | |
| 32. -- First Bank CD due 7/30/18 | A | Interest | K | T | Buy | 01/22/16 | K | | |
| 33. -- Goldman Sachs Bank CD due 12/11/17 | A | Interest | K | T | | | | | |
| 34. Brokerage Account #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faris, Robert J. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Goldman Sachs Bank CD due 09/29/23 | D | Interest | M | T | | | | | |
| 36. -- Schwab municipal money market fund | A | Interest | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. U.S. Savings Bonds | | None | J | T | | | | | |
| 39. [redacted] . pension & profit sharing plan (H) | | | | | | | | | |
| 40. -- Schwab money market fund | A | Int./Div. | | T | Buy (add'l) | 03/08/16 | L | | |
| 41. -- Vanguard Index Trust S&P 500 | E | Int./Div. | O | T | | | | | |
| 42. State of Hawaii PTS Deferred Comp. Retirement Plan | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Faris, Robert J. | 05/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III.B, line 1, and Part VII, lines 2 and 39: ▇▇▇▇ is the sole, stockholder, officer, and director, and an employee, of a corporation through which ▇ conducts ▇ medical practice. The corporation's legal name includes her full name. The Committee on Financial Disclosure has approved the redaction of ▇ name by letter dated May 3, 2004 (and renewed most recently on Feb. 8, 2017).

Part VII, line 8: I reported this CD last year without the due date. I added the due date to identify it more specifically.

| Name of Person Reporting | Date of Report |
|---|---|
| Faris, Robert J. | 05/01/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. Faris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544